David T. **LASHGARI**; et al., Plaintiffs—Appellants,

v.

William J. **BRATTON**, Chief, Lapd, Chief; et al., Defendants— Appellees,

v.

J. **Nicholson**; et al., Defendants— Appellees.

No. 05–55061.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

David T. Lashgari, Lashgari & Associates, P.C., Marietta, GA, pro se.

Marje H. Lashgari, Lashgari & Associates, Marietta, GA, pro se.

Blithe S. Bock, Esq., Susan Kawala, Attorney's Office, Los Angeles, CA, Clayton C. Averbuck, Esq., Monroy, Averbuck and Gysler, Westlake Village, CA, for Defendants–Appellees.

Before: GOODWIN, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM**

We subject a district court's order regarding preliminary injunctive relief to

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

only limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. Int'l Olympic Comm.*, 740 F.2d 670, 674–75 (9th Cir. 1984). We therefore affirm the district court's order denying plaintiffs' motion for a preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International*, 686 F.2d 750, 752 (9th Cir. 1982).

Appellee County of Los Angeles' request for judicial notice is granted. All other pending motions are denied.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.